**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

JERREL RICHARDSON,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

Case No. 3:25-cv-00540-SDJ

Magistrate Judge: Scott D. Johnson

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUL 17 2025
CLERK

**NOTICE OF SETTLEMENT**

COME NOW, Plaintiff, Jerrel Richardson, and hereby notifies the Court that he has reached a settlement in principle as to his allegations against Equifax Information Services, LLC, ("Equifax"). The Parties are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted, July 17, 2025.

Jerrel Richardson

*Pro Se Plaintiff*

226-200-3170

237 Montrachet dr Port Allen, La 70767

**CERTIFICATE OF SERVICE**

This is to certify that on July 17, 2025 a true and correct copy of the above and foregoing document has been ~~electronically filed~~ hand-delivered J.R with the Clerk of the Court which will send notification of such filing to all counsel of record.

*Jerrel Richardson*

*Pro Se Plaintiff*