**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JERREL RICHARDSON**

**CIVIL ACTION**

**VERSUS**

**NO. 25-540-SDJ**

**EQUIFAX INFORMATION SERVICES LLC**

---

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the Notice of Voluntary Dismissal With Prejudice (R. Doc. 6) filed by *pro se* Plaintiff Jerrel Richardson,

**IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal With Prejudice (R. Doc. 6) is **GRANTED,** and all claims of Plaintiff Jerrel Richardson against Defendant Equifax Information Services, LLC, in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on July 28, 2025.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**